UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR.<br><br>Plaintiff,<br><br>v.<br><br>THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias | : | C.A. No. 07-321-ML |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

With the assent and concurrence of the plaintiff, all defendants hereby move for an extension of time to and including October 12, 2007 to answer or otherwise respond to the Complaint in this matter.

In support of this motion, defendants state that the additional time is required in order to permit counsel to review the claim file in this matter.

THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION In Its Capacity as Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias

By Their Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Fax 401-276-6611

Certificate of Service

I hereby certify that on the 5th day of October, 2007 a copy of the foregoing Assented-To Motion For Extension of Time was served by first class mail, postage prepaid to:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903

/s/ Mark A. Pogue