UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROBERT C. HINTON, JR.

VS. C.A. NO. 07-321ML

THE GROUP SHORT TERM
DISABILITY AND LONG TERM
DISABILITY PLAN FOR EMPLOYEES
OF INVACARE CORPORATION, et al

ORDER

Pursuant to a Rule 16 Conference held on December 5, 2007, it is hereby ordered that Cross Motions for Summary Judgment shall be filed within ninety (90) days of the date of this Order.

PER ORDER:

Mary M. Lisi 12/6/07
Mary M. Lisi
Chief U.S. District Judge

ENTERED:

Barbara Barletta