UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT C. HINTON, JR.

VS. CA NO: 07- 321ML

THE GROUP SHORT TERM DISABILITY AND LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION;
INVACARE CORPORATION In Its Capacity as Plan Administrator; and
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias

**PLAINTIFF'S MOTION TO ALLOW LIMITED DISCOVERY AND FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Now comes the Plaintiff and herein moves that he be allowed to file limited discovery on the question of whether the Defendant, Hartford Life and Accident Insurance Company has a conflict of interest so as to taint its determination that the Plaintiff should be denied long term disability benefits. Plaintiff further seeks a four month extension of time in which to file dispositive motions; that is from March 5, 2008 to July 5, 2008. In support of his motion, Plaintiff has attached a memorandum of law.

PLAINTIFF
By his attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

To: Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: February 18, 2008 /s/ Mark B. Morse