UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-321-ML |
| | : | |
| THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias | : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**"MOTION TO ALLOW LIMITED DISCOVERY**
**AND FOR EXTENSION OF TIME IN WHICH TO FILE DISPOSTIVE MOTIONS"**

Plaintiff has filed a motion seeking two different things: permission to serve discovery, and a four-month extension of the deadline for filing dispositive motions, from March 5, 2008 to and including July 5, 2008.

Defendants oppose plaintiff's motion to seek discovery and intend to file a separate brief in support of their position on this aspect of plaintiff's motion.[1]

With respect to plaintiff's motion for an extension of the dispositive motion deadline, defendants do not object to an extension. However, defendants believe that the requested four-month extension is unnecessarily long. In defendants' view, the dispositive motion deadline should be extended to a date determined as follows:

---

[1] Defendants intend to file an assented-to motion seeking an extension of time for the filing of this memorandum.

- If plaintiff's motion for leave to take discovery is denied, the deadline should be 21 days after the motion is denied.
- If plaintiff's motion for leave to take discovery is granted, the deadline should be 21 days after any information and/or documents defendants are ordered to produce is provided to plaintiff.

Linking the dispositive motion deadline to the resolution of plaintiff's motion for leave to take discovery in this manner will avoid an unnecessarily long extension of time for the filing of dispositive motions.

## Conclusion

For the foregoing reasons, plaintiff's motion to extend the dispositive motion deadline in this case should be granted, but only in accordance with the deadlines proposed above.

DEFENDANTS,

By Their Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Fax 401-276-6611

Certificate of Service

I hereby certify that on the 3rd day of March, 2008 a copy of the foregoing Defendants' Response to Plaintiff's "Motion to Allow Limited Discovery And For Extension of time In Which To File Dispositive Motions" was served by ECF to:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903

/s/ Mark A. Pogue