UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-321-ML |
| | : | |
| THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias | : | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendants, with the assent of plaintiff, hereby move for a ten-day extension of time, to and including March 16, 2008, to respond to plaintiff's Motion To Allow Limited Discovery.[1]

In support of this motion, defendants state that the additional time is needed because of conflict with defendants' counsel's work schedule.

[1] In the same motion, plaintiff requested an extension of the deadline for filing dispositive motions to and including July 5, 2008. Defendants have previously responded to this aspect of plaintiff's motion.

**Conclusion**

For the foregoing reasons, defendants' assented-to motion for an extension of time should be granted.

THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION In Its Capacity as Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias

By Their Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Fax 401-276-6611

Certificate of Service

I hereby certify that on the 5th day of March, 2008 a copy of the foregoing Assented-To Motion For Extension of Time was served by ECF to:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903

/s/ Mark A. Pogue