UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias,<br><br>Defendants. | : | C.A. No. 07-321-ML |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION**
**<u>TO ALLOW LIMITED DISCOVERY</u>**

Defendants, The Group Short Term Disability and Long Term Disability Plan for Employees of Invacare Corporation, Invacare Corporation and Hartford Life and Accident Insurance Company (collectively, the "Defendants") hereby oppose Plaintiff Robert C. Hinton, Jr.'s Motion To Allow Limited Discovery. In support of this Opposition, Defendants rely upon the accompanying Memorandum of Law.

DEFENDANTS,

By Their Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Fax 401-276-6611

Certificate of Service

I hereby certify that on the _14th_ day of March, 2008 a copy of the foregoing Opposition was served by ECF to:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903

/s/ Mark A. Pogue