UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT C. HINTON, JR.

VS. CA NO: 07-321ML

THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION In Its Capacity as Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias

**ORDER**

This matter was reached for hearing on March 31, 2008 before the Honorable Mary Lisi, Chief Judge of the United States District Court, D.R.I. on Plaintiff's Motion to Allow Limited Discovery, and to Extend Time in which to File Dispositive Motions, and after hearing thereon, and in consideration thereof it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. Plaintiff's Motion is Granted. Plaintiff shall be allowed to file limited discovery pertianing to the issue of whether a conflict of interest exists involving the defendant Hartford Life and Accident Insurance Company, subject to Defendant's objections as to the discovery being sought.

2. Dispositive Motions shall be due twenty one (21) days after the close of discovery, or if a Rule 30(b)(6) deposition is conducted, then twenty one (21) days after receipt of the transcript .

ENTER: D. Urbanl
Deputy Clerk

Mary M. Lisi C.J.

Date: April 2, 2008