UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT C. HINTON, JR.

VS. CA NO: 07- 321ML

THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION In Its Capacity as Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO AMEND ITS ANSWER TO ALLOW A COUNTERCLAIM**

Now comes the Plaintiff and herein objects to the Defendant, Hartford Life and Accident Insurance Company's Motion to Amend its Answer so as to allow a Counterclaim. In support of his objection, Plaintiff has attached a memorandum of law.

Plaintiff requests a hearing for oral argument and anticipates thirty minutes for hearing.

PLAINTIFF
By his attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

To: Mark A. Pogue, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: May 27, 2008 /s/ Mark B. Morse