UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR.<br><br>Plaintiff,<br><br>v.<br><br>THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias | : | C.A. No. 07-321-ML |

**MOTION TO AMEND**

Pursuant to F.R. Civ. P. 15, defendant Hartford Life And Accident Insurance Company hereby moves to amend its Answer by asserting the attached counterclaim.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias

By Its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Fax 401-276-6611

**GRANTED**
Mary M. Lisi
Mary M. Lisi
U.S.D.J. June 2, 2008

PRV 953361.1