UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-321-ML |
| | : | |
| THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias | : | |

**STIPULATION**

The parties hereby stipulate and agree that defendant Hartford Life And Accident Insurance Company may have until and including June 13, 2008 to object to plaintiff's "Motion To Compel Further Answers To Interrogatories."

6/06/08
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for Defendant Hartford Life And Accident Insurance Company

6/06/08
Date

/s/ Mark B. Morse
Mark B. Morse, Esq. #3003
111 Wayland Avenue
Providence, RI 02903
Tel. 401-831-0555
Telecopy 401-273-0937
Attorney for Plaintiff Robert C. Hinton, Jr.