UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-321-ML |
| | : | |
| THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias | : | |

**MOTION FOR EXTENSION OF TIME**

Defendant Hartford Life And Accident Insurance Company, Inc. hereby moves for a ten day extension of time, to and including June 16, 2008, to file its objection to plaintiff's Motion To Compel Further Answers To Interrogatories.

In support of this motion, Hartford states that a settlement conference is scheduled in this matter for June 11, 2008 and the need to produce the documents in issue may therefore become moot.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY; Alias

By Its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Fax 401-276-6611

Certificate of Service

I hereby certify that on the 6th day of June, 2008 a copy of the foregoing Motion For Extension of Time was served by ECF to:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903

/s/ Mark A. Pogue