UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR.<br><br>Plaintiff,<br><br>v.<br><br>THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias | : | C.A. No. 07-321-ML |

**STIPULATION**

The parties hereby stipulate and agree that plaintiff Robert C. Hinton, Jr. may have until and including July 31, 2008 to reply to Defendant's Counterclaim

6/13/08
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for Defendant Hartford Life And Accident Insurance Company

6/13/08
Date

/s/ Mark B. Morse
Mark B. Morse, Esq. #3003
111 Wayland Avenue
Providence, RI 02903
Tel. 401-831-0555
Telecopy 401-273-0937
Attorney for Plaintiff Robert C. Hinton, Jr.