UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT C. HINTON, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-321-ML |
| | : | |
| THE GROUP SHORT TERM DISABILITY AND LONG TERM DISABILITY PLAN FOR EMPLOYEES OF INVACARE CORPORATION; INVACARE CORPORATION, In Its Capacity As Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; Alias | : | |

**DISMISSAL STIPULATION**

All claims shall be dismissed with prejudice, no interest, no costs.

9/2/08
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for Defendant Hartford Life And Accident Insurance Company

9/2/08
Date

/s/ Mark B. Morse
Mark B. Morse, Esq. #3003
111 Wayland Avenue
Providence, RI 02903
Tel. 401-831-0555
Telecopy 401-273-0937
Attorney for Plaintiff Robert C. Hinton, Jr.